Martha Hoare, administrator of Henry Hoare *against* Charles Muloy.

Report of  referees set aside, because they awarded that the plaintiff an administratrix, should give security for a book debt to the defendant.

Exceptions to the report of referees, who amongst other things,. had awarded that the plaintiff should give security for a book debt to the defendant.

For this cause, the court without difficulty, set aside the report. Submission to a reference is no admission of assets.   5 Term. Rep. 6.

Messrs. J. B. M'Kean and S. Levy, *pro quer.*
Mr. Heatly, *pro def.*